**William M. BRYSON, Jr., Plaintiff–Appellant,**

v.

Mark C. MOORE, Assistant United States Attorney; Regan Pendleton, Assistant United States Attorney; Martin Brown, Special Agent for the

FBI; ROBERT SCOTT, Special Agent of the FBI; Janet Brown, Internal Revenue Service Agent, Defendants–Appellees.

No. 02–6606.

United States Court of Appeals, Fourth Circuit.

Submitted July 18, 2002.

Decided July 24, 2002.

William M. Bryson, Jr., Appellant Pro Se.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

William M. Bryson, Jr., appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2002) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Bryson v. Moore,* No. CA–02–82–6–20AK (D.S.C. filed Feb. 22, 2002; entered Feb. 25, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*